**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH S. HITCHINGS,

    Petitioner,

    v.

ROSANNE CAMPBELL, Warden,
Mule Creek State Prison,

    Respondent.
_____/

No. C 05-2981 PJH

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 23, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge